# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR416-059 |
| VINCENT GREEN | ) | |

## ORDER

Vincent Green pled guilty to violating 18 U.S.C. § 922(g)(1), doc. 22, and will be sentenced on February 7, 2017. Doc. 51. His *pro se* motion to disqualify counsel (doc. 44) is **DENIED** as frivolous, and his other *pro se* motions (docs. 45, 48 & 49) are denied because he is represented. Finally, his counsel's motion to withdraw (doc. 47) is **DENIED** because it is meritless. The Court notes that Green raises, *inter alia*, sentence-calculation challenges (docs. 48 & 49) that he will be free to argue at sentencing.

**SO ORDERED**, this 25th day of January, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA