FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 3:46 pm, Jul 01, 2020

# In the United States District Court for the Southern District of Georgia Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 416-059 |
| VINCENT GREEN, | |
| Defendant. | |

### ORDER

Before the Court is Defendant Vincent Green's motion for a thirty-day extension of time to amend his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act. Dkt. No. 84. Green's motion is **DENIED as moot.** The Court has already ruled upon Green's motion for compassionate release. Dkt. No. 83. Specifically, the Court concluded that because Green had failed to exhaust his administrative remedies, the Court did not have jurisdiction to decide Green's request. See United States v. Matthews, No. 5:01-cr-18, 2020 WL 1845101, at *2 (M.D. Ga. Apr. 10, 2020) ("Because '[n]othing in the record . . . indicates [petitioner] exhausted his administrative remedies before filing his request,' the Court does not have jurisdiction to consider the motion." (quoting United States v. Coates, 775 F. App'x 669, 671 (11th Cir. 2019))). Nothing contained in Green's

current motion changes the Court's conclusion. Accordingly, Green's motion for extension, dkt. no. 84, is **DENIED as moot.**

**SO ORDERED**, this \_\_\_ day of July, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA