FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 1:09 pm, Jul 23, 2020

# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 416-059 |
| VINCENT GREEN, | |
| Defendant. | |

### ORDER

Before the Court is Defendant Vincent Green's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act. Dkt. No. 86. This is Green's third such motion. See Dkt. Nos. 81, 84. The Court has twice concluded that because Green had failed to exhaust his administrative remedies, the Court did not have jurisdiction to decide Green's request. See § 3582(c)(1)(A) (stating that, before a prisoner can file a motion under 18 U.S.C. § 3582, he must first have "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the [his] behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier").

Green does not aver that he has exhausted his administrative remedies and does not attach any copies of either his request to the Warden or the Warden's denial. Additionally, Green has given

the Court no reason to conclude that administrative remedies are unavailable to him. As such, the Court again concludes that Green has not exhausted his administrative remedies and, thus, the Court does not have jurisdiction to decide Green's motion. <u>United States v. Matthews</u>, No. 5:01-cr-18, 2020 WL 1845101, at *2 (M.D. Ga. Apr. 10, 2020) ("Because '[n]othing in the record . . . indicates [petitioner] exhausted his administrative remedies before filing his request,' the Court does not have jurisdiction to consider the motion." (quoting <u>United States v. Coates</u>, 775 F. App'x 669, 671 (11th Cir. 2019))).

Green's motion, dkt. no. 86, is **DISMISSED**.

**SO ORDERED**, this 23 day of July, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA