# In the United States District Court for the Southern District of Georgia Savannah Division

UNITED STATES OF AMERICA,

v.

VINCENT GREEN,

    Defendant.

CR 416-059

### ORDER

On January 30, 2024, Defendant Vincent Green filed a single motion for relief pursuant to two statutes: 18 U.S.C. § 3582(c)(1)(A), the compassionate release statute, and 18 U.S.C. § 3582(c)(2), the statute permitting, under certain circumstances, a sentence reduction for a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission. Dkt. No. 138. On July 10, 2024, the Court issued an Order denying Defendant relief under § 3582(c)(2), thereby denying his motion *in part*. Dkt. No. 148. His motion pursuant to § 3582(c)(1)(A) remained pending. See Dkt. No. 138. However, due to a clerical error, Defendant's entire motion was marked as ruled upon. Then, on July 29, 2024, Defendant filed a notice of appeal of the Court's Order, challenging the "denial of [his § 3582(c)(1)(A)] . . . compassionate release" motion. Dkt. No. 149 at 2. As the Court

has noted, Defendant's compassionate release motion pursuant to § 3582(c)(1)(A) is still pending before the Court. The Court **DIRECTS** the Clerk of Court to correct the clerical error and mark Defendant's motion, dkt. no. 138, as still pending. Further, the Court **DIRECTS** the Clerk to send a copy of this Order to both the Eleventh Circuit Court of Appeals and Defendant.

SO ORDERED, this 2 of August, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA