# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

UNITED STATES OF AMERICA,

v.

VINCENT GREEN,

    Defendant.

CR 416-059

## ORDER

Before the Court is Defendant Vincent Green's motion for sentence reduction, filed pursuant to 18 U.S.C. § 3582(c)(1)(A) and § 3582(c)(2). Dkt. Nos. 138, 145. After the motion was filed, Defendant completed his imprisonment sentence and was released from Bureau of Prisons' custody. As such, the motion is **DENIED** as moot.

**SO ORDERED**, this 20 of February, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA